# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

**Criminal Case No. 05-MJ-00134-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JASON SNOW,**

**Defendant.**

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received and reviewed Defendant's Unopposed Motion to Continue Arraignment and based upon the fact that the Defendant is currently incarcerated for a period of several years on state court charges;

**IT IS HEREBY ORDERED** that this matter be continued to July 11, 2006 at 9:00 a.m. in order to allow the Assistant U. S. Attorney time to review the matter and make a decision as to whether he wishes to continue to pursue the charges against the Defendant.

**DATED: June 5, 2006.**

>**BY THE COURT:**
>
>**s/David L. West**
>
>**United State Magistrate Judge**