# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Violation No.(s): ~~F0973225/26~~ 05-134M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON N. SNOW,

    Defendant.

---

## ORDER

---

This matter having come on for consideration upon the Government's Motion To Dismiss, the Court, upon due consideration, hereby Orders that the above-referenced violation(s) is/are hereby dismissed, **WITH/~~WITHOUT~~** prejudice.

SO ORDERED this 14th day of July, 2006.

BY THE COURT:

_____
David L. West
United States Magistrate Judge
District of Colorado

cc:    James M. Candelaria, AUSA
       Defendant/Defense Counsel